IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:10-cr-00032-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RODNEY WAYNE BARNES, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Barnes' third motion to amend (Docket No. 414) is **GRANTED**;

(2) The government's motion to dismiss (Docket No. 350) is **GRANTED**;

(3) Barnes' motion pursuant to 28 U.S.C. § 2255 (Docket No. 344) is hereby **DISMISSED**;

(4) Barnes' motion for an evidentiary hearing (Docket No. 368) is **DENIED** and his related motions (Docket Nos. 375 and 376) are **DISMISSED;**

(5) Barnes' motion to appoint counsel (Docket No. 426) is **DENIED;**

(6) This action shall be **STRICKEN** from the active docket of this court.

(7) Finding that Barnes has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 13th day of April, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE