IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        *Respondent,*<br>v.<br>RODNEY WAYNE BARNES,<br>        *Petitioner.* | CASE NO. 3:10-cr-00032-1<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Petitioner's motion for reconsideration (dkt. 511), is **DISMISSED** without prejudice as successive. Because Petitioner still has not made the requisite substantial showing of denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to the parties and strike this action from the active docket of this Court.

Entered this  31st   day of July, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE